UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61194-CIV-SINGHAL

JOSEPH PAGLINO,

    Plaintiff,

vs.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC, and
EQUIFAX INFORMATION SERVICES LLC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties. (DE [21]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services LLC, with each party to bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF