UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61194-CIV-SINGHAL

JOSEPH PAGLINO,

    Plaintiff,

vs.

TRANS UNION, LLC., et al.

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. (DE [24]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Trans Union, LLC.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF